MJD:pab

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FT. LAUDERDALE DIVISION

CASE NO. 00-6020-CR-DIMITROULEAS
MAGISTRATE JUDGE SNOW

IN RE GRAND JURY 99-01 FTL    )
_____)

**MOTION TO SEAL**

The United States of America, by and through the undersigned Assistant United States Attorney for the Southern District of Florida, hereby moves this Court for an order sealing the Indictment, Penalty Sheet, Certificate of Trial Attorney, Arrest Warrant, Bond Recommendation Sheet, this Motion to Seal, and Sealing Order (except for copies to be used by law enforcement personnel during execution of their official duties in the investigation), and remain sealed in the custody of the Clerk of the Court until such time as the defendant has been arrested. In support thereof, the following is shown:

1. The defendant has not been previously indicted. Disclosure of the existence of these charges would hinder the ability of the United States to locate and arrest the defendant.

**WHEREFORE**, the United States requests that this Court order that the Indictment, Penalty Sheet, Certificate of Trial Attorney, Arrest Warrant, Bond Recommendation Sheet, Motion to Seal and this Sealing Order (except for copies to be used by law enforcement



personnel during execution of their official duties in the investigation) granting the same be **SEALED** until the defendant has been apprehended or further order of this Court.

Respectfully submitted,

THOMAS E. SCOTT
UNITED STATES ATTORNEY

Date: 1-25-20         BY: _____
                           MICHAEL J. DITTOE
                           Assistant United States Attorney
                           COURT ID #A5500209
                           500 E. Broward Blvd., Ste. 700
                           Ft. Lauderdale, FL 33394-3002
                           Tel: (954)356-7392
                           Fax: (954)356-7230