MJD:pab

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FT. LAUDERDALE DIVISION

CASE NO. 00-6020-CR-DIMITROULEAS

MAGISTRATE JUDGE SNOW

IN RE GRAND JURY 99-01 FTL )
_____ )

## SEALING ORDER

This cause comes before the Court on the Government's Motion to Seal. Considering the grounds raised in said motion, and the Court being otherwise advised in the premises,

**IT IS HEREBY ORDERED** that the Indictment, Penalty Sheet, Certificate of Trial Attorney, Arrest Warrant, Bond Recommendation Sheet, Motion to Seal, and this Sealing Order in the above-captioned matter shall be sealed (except for copies to be used by law enforcement personnel during execution of their official duties in the investigation) and shall remain sealed in the custody of the Clerk of the Court until such times as the defendant is arrested.

**DONE AND ORDERED** in Chambers at Ft. Lauderdale, Florida this 25th day of January, 2000.

_____
BARRY S. SELTZER
UNITED STATES MAGISTRATE JUDGE