MJD:mjd



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO. 00-6020 CR-DIMITROULEAS

MAGISTRATE JUDGE
SNOW

18 U.S.C. 371
18 U.S.C. 513(a)
18 U.S.C. 1344
18 U.S.C. 1951
18 U.S.C. 2

UNITED STATES OF AMERICA,          )
                                   )
                    Plaintiff,     )
v.                                 )
                                   )
                                   )
VLADAMIR SUNTSOV                   )
                    Defendant.     )
_____)

The Grand Jury charges that:

<u>COUNT 1</u>

1.    From in or about June 1999, up to and including the
date of the return of this indictment in the Southern District of
Florida,  at Broward County and elsewhere the defendant,

VLADAMIR SUNTSOV,

did knowingly and willfully combine, conspire, confederate and
agree with persons known and unknown to the Grand Jury to commit
offenses against the United States, that is, to violate Title 18,
United States Code, Sections 513(a)and 1344.

2.    It was the purpose and object of this conspiracy to

defraud financial institutions through the use of counterfeit and forged checks and to possess counterfeit and forged checks and thereby obtain money and other valuable property by means of false and fraudulent pretenses, representations and promises.

MANNER AND MEANS OF THE CONSPIRACY

3.    It was a part of the conspiracy that the defendant and the other co-conspirators would make and cause to be made counterfeit and forged official bank checks for the purpose of generating illegal funds on behalf of members of the conspiracy;

4.    It was a further part of the conspiracy that the defendant and other co-conspirators would steal and purloin identification documents to be used by the co-conspirators for the purpose of negotiating counterfeit official bank checks;

5.    It was a further part of the conspiracy that the defendant and other conspirators would represent that their organization was part of a Russian Mafia group for the purpose of convincing persons to assist in negotiating counterfeit official bank checks at various financial institutions located in South Florida for the benefit of the members of the conspiracy;

6.    It was a further part of the conspiracy that the defendant and other co-conspirators would threaten physical harm and death to those persons who refused to negotiate counterfeit official checks on behalf of members of the conspiracy;

2

7.    It was a further part of the conspiracy that the defendant and co-conspirators would undertake all steps necessary, including acts and threats of violence, to prevent the detection of the conspiracy and the presentation of evidence at trial.

OVERT ACTS

8.    In furtherance of this conspiracy and to effect the objects thereof, there were committed, by at least one of the co-conspirators, in the Southern District of Florida, and elsewhere, at least one of the following overt acts, among others:

a) In or about October 1999, in the Southern District of Florida, the defendant discussed the scheme to defraud with a person;

b) In or about October 1999, in the Southern District of Florida, the defendant threatened a person and stated that if that person did not cooperate in the scheme to defraud that person would not like what would happen to him if the person failed to cooperate in the fraud scheme;

c) On or about December 9, 1999, in the Southern District of Florida, the defendant provided a person with a fraudulent and forged official check purported to be issued by Chase Manhattan Bank;

d)   On or about December 10, 1999, in the Southern District

of Florida, the defendant provided a person with a fraudulent and forged official check purported to be issued by Chase Manhattan Bank;

e)  On or about December 11, 1999, in the Southern District of Florida, the defendant threatened a person and said that if the person reported the defendant's action to the police blood would be all over the person;

f) On or about December 16, 1999, in the Southern District of Florida, the defendant threatened a person with physical violence and stated that he was acting under the direction of a Russian Mafia group.

All in violation of Title 18, United States Code, Section 371.

<u>COUNT 2</u>

1.  The allegations in numbered paragraphs 3 through 7 of the MANNER and MEANS section, as set forth above in Count 1, are realleged and expressly incorporated herein as the Scheme and Artifice to defraud.

2.  On or about December 10, 1999, at Broward County, in the Southern District of Florida, the defendant,

VLADAMIR SUNTSOV,

did knowingly execute, and attempt to execute, a scheme and artifice to defraud a financial institution, as defined under

4

Title 18, United States Code, Section 20, by causing another to negotiate a counterfeit official bank check dated December 7, 1999, serial number 0247361528, in the amount of $9,500 into an account maintained at NationsBank, a financial institution whose accounts were insured by the Federal Deposit Insurance Corporation.

All in violation of Title 18, United States Code Sections 1344 and 2.

### COUNT 3

On or about December 10, 1999, at Broward County, in the Southern District of Florida, the defendant,

VLADAMIR SUNTSOV,

did knowingly possess a counterfeit and forged security of Chase Manhattan Bank, an organization which operated in and the activities of which affected interstate commerce, which counterfeit and forged security purported to be an official bank check issued by Chase Manhattan, dated December 7, 1999, serial number 0247361528, in the amount of $9,500, with intent to deceive NationsBank, an organization which operated in, and the activities of which affected, interstate commerce.

All in violation of Title 18, United States Code, Sections 513(a) and 2.

5

COUNT 4

1.   At all times material to this indictment, Chase Manhattan Bank and NationsBank were engaged in activities that affected interstate commerce.

2.   From in or about June, 1999, up to and including the date of the return of this indictment, at Broward County, the Southern District of Florida and elsewhere, the defendant,

VLADAMIR SUNTSOV,

did knowingly and intentionally combine, conspire, confederate and agree with persons known and unknown to the Grand Jury to obstruct, delay and affect interstate commerce by extortion, that is to obtain money from a person with that person's consent but induced by the wrongful use of actual and threatened force, violence and fear.

All in violation of Title 18, United States Code, Section 1951 and 2.

Count 5

1. At all times material to this indictment, Chase Manhattan Bank and NationsBank were engaged in activities that affected interstate commerce.

2. On or about December 16, 1999, at Broward County, the Southern District of Florida and elsewhere, the defendant,

VLADAMIR SUNTSOV,

6

did knowingly and intentionally attempt to obstruct, delay and affect interstate commerce by extortion, that is to obtain money from a person with that person's consent but induced by the wrongful use of actual and threatened force, violence and fear.

All in violation of Title 18, United States Code, Section 1951 and 2.

A TRUE BILL

_____

FOREPERSON

_____
THOMAS E. SCOTT
UNITED STATES ATTORNEY

_____
MICHAEL J. DITTOE
ASSISTANT UNITED STATES ATTORNEY

7

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**UNITED STATES OF AMERICA**      **CASE NO.** _____

v.

VLADAMIR SUNTSOV _____      **CERTIFICATE OF TRIAL ATTORNEY\***

**Superseding Case Information:**

**Court Division:** (Select One)

New Defendant(s)    Yes ____   No ____
Number of New Defendants ____
Total number of counts ____

____ Miami    ____ Key West
_x_ FTL    ____ WPB ____ FTP

I do hereby certify that:

1.    I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2.    I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3.    Interpreter:    (Yes or No) __YES_____
List language and/or dialect    ____RUSSIAN_____

4.    This case will take _7__ days for the parties to try.

5.    Please check appropriate category and type of offense listed below:
(Check only one)             (Check only one)

| | | | | |
|---|---|---|---|---|
| I | 0 to 5 days | _____ | Petty | _____ |
| II | 6 to 10 days | _X_ | Minor | _____ |
| III | 11 to 20 days | _____ | Misdem. | _____ |
| IV | 21 to 60 days | _____ | Felony | _____ |
| V | 61 days and over | _____ | | |

6.    Has this case been previously filed in this District Court? (Yes or No) _NO_
If yes:

Judge: _____    Case No. _____
(Attach copy of dispositive order)
Has a complaint been filed in this matter?    (Yes or No) NO _____
If yes:
Magistrate Case No. _____
Related Miscellaneous numbers: _____
Defendant(s) in federal custody as of _____
Defendant(s) in state custody as of _____
Rule 20 from the _____   District of _____

Is this a potential death penalty case? (Yes or No) ____No____

7.    Does this case originate from a matter pending in the U. S. Attorney's Office prior to April 1, 1999? ___ Yes _x_ No    If yes, was it pending in the Central Region? ___ Yes _X_ No

_____

MICHAEL J. DITTOE
ASSISTANT UNITED STATES ATTORNEY
COURT ID NO. A5500209

**\*Penalty Sheet(s) attached**                        REV.4/7/99

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA
# PENALTY SHEET

Defendant's Name:    VLADAMIR SUNTSOV         No.: _____

Count #:1      18 U.S.C. 513 & 1344 - CONSPIRACY TO DEFRAUD FINANCIAL
                              INSTITUTIONS

*Mandatory Minimum: 5 YEARS' AND UP TO A $250,000.00 FINE

Count #: 2      18 U.S.C. 1344 & 2 - BANK FRAUD

*Mandatory Minimum: 30 YEARS' AND UP TO A $1,000,000.00 FINE

Count #:3      18 U.S.C. 513 & 2 - POSSESSION OF A COUNTERFEIT & FORGED SECURITY

*Mandatory Minimum: 10 YEARS' AND UP TO A $250,000.00 FINE

Count #: 4      18 U.S.C. 1951 - CONSPIRACY TO COMMIT EXTORTION

*Mandatory Minimum: 20 YEARS' AND UP TO A $250,000.00 FINE

Count #:5      18 U.S.C. 1951 - ATTEMPTED EXTORTION

*Mandatory Minimum: 20 YEARS' AND UP TO A $250,000.00 FINE

Count #:

*Mandatory Minimum:

Count #:

*Mandatory Minimum:

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**

REV. 12/12/96