# United States District Court

SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

V.

VLADAMIR SUNTSOV

**WARRANT FOR ARREST**

CASE NUMBER: 00-6020 CR-DIMITROULEAS
MAGISTRATE JUDGE
SNOW

TO: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest **VLADAMIR SUNTSOV**

and bring him or her forthwith to the nearest magistrate to answer a(n)

[X] Indictment [ ] Information [ ] Complaint [ ] Order of court [ ] Violation Notice [ ] Probation Violation Petition

charging him or her with (brief description of offense)

Conspiracy to defraud a bank and extort money

in violation of Title 18 United States Code, Section(s) 2, 371, 513, 1344, 1951

---

~~BARRY S. SELTZER~~ Clarence Maddox
Name of Issuing Officer

Signature of Issuing Officer

Bail fixed at $ PRETRIAL DETENTION

~~UNITED STATES MAGISTRATE JUDGE~~ Clerk of Court
Title of Issuing Officer

01/25/00 FORT LAUDERDALE, FLORIDA
Date and Location

BARRY S. SELTZER
by UNITED STATES MAGISTRATE JUDGE
Name of Judicial Officer

## RETURN

This warrant was received and executed with the arrest of the above named defendant at _____

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

AO 442 (Rev. 12/85) Warrant for Arrest