UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

Plaintiff

v.

_Michael Surfsel_ Defendant

CASE NO. _CC-6030-CR-Ponte___

REPORT COMMENCING CRIMINAL ACTION

_60001-004_

TO: CLERK'S OFFICE
U.S. DISTRICT COURT

All items indicated are to be completed. Information not applicable or unknown will be indicated as "N/A".

1. Date and time of arrest: _1/26/2000    6:18 AM_

2. Spoken language: _Russian_

3. Offense(s) charged: _Extortion   Bank Fraud_

4. U.S. Citizen    [ ] YES    [✓] NO    [ ] UNKNOWN

5. Date of birth: _8/26/68_

6. Type of charging document: (Check One)

   [✓] INDICTMENT    [ ] COMPLAINT TO BE FILED/ALREADY FILED

   CASE NO. _____    CASE NO. _____

   DISTRICT: _SOF_    (Where warrant or complaint is filed) _re_

   [ ] BENCH WARRANT FOR FAILURE TO APPEAR

   [ ] PROBATION VIOLATION WARRANT

   [ ] PAROLE VIOLATION WARRANT

   COPY OF WARRANT LEFT WITH BOOKING OFFICER:    [ ] YES    [ ] NO

   AMOUNT OF BOND. _____

   WHO SET BOND. _____

7. REMARKS: _____

8. DATE: _1/26/2000_    9. _____

ARRESTING OFFICER _John R Blish_

10. AGENCY: _FBI_    11. _305-944-9101_

PHONE NO.