CASE NUMBER: 00-6020-DIMITROULEAS

INTERPRETER REQUIRED IN CASE

FILED by ___ D.C.
MAG. SEC.
JAN 28 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. — MIAMI

FOREIGN LANGUAGE: Russian

DEFENDANT(S): VLADAMIR SUNTSOV

CRINTERP.FRM—10/13/94