UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6020-DIMITROULEAS

UNITED STATES OF AMERICA,

vs.

VLADAMIR SUNTSOV



_____

This cause came before the Court and pursuant to proceedings held, it is thereupon

**ORDERED AND ADJUDGED** as follows:

That this case is to be UNSEALED pursuant to the arrest and initial appearance of the above defendant.

**DONE AND ORDERED** at Miami, Florida this 28th day of January, 2000.

TAPE NO:00e

_____
**UNITED STATES MAGISTRATE JUDGE**
PETER R. PALERMO

c: AUSA
   Defense Counsel
   Pretrial Services
   U.S. Marshal
formblan.kor

