## United States District Court

SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

V.

VLADAMIR SUNTSOV

TO: The United States Marshal
and any Authorized United States Officer

**WARRANT FOR ARREST**

CASE NUMBER: 00-6020 CR-DIMITROULEAS
MAGISTRATE JUDGE SNOW

YOU ARE HEREBY COMMANDED to arrest __VLADAMIR SUNTSOV__

Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

[X] Indictment  [ ] Information  [ ] Complaint  [ ] Order of court  [ ] Violation Notice  [ ] Probation Violation Petition

charging him or her with (brief description of offense)

Conspiracy to defraud a bank and extort money

in violation of Title 18 United States Code, Section(s) __2, 371, 513, 1344, 1951__

---

BARRY S. SELTZER (Clarence Maddox)
Name of Issuing Officer

Signature of Issuing Officer

Bail fixed at $ __PRETRIAL DETENTION__

Clerk of Court
UNITED STATES MAGISTRATE JUDGE
Title of Issuing Officer

01/25/00  FORT LAUDERDALE, FLORIDA
Date and Location

BARRY S. SELTZER
by UNITED STATES MAGISTRATE JUDGE
Name of Judicial Officer

### RETURN

This warrant was received and executed with the arrest of the above named defendant at __Miami, FL__

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| 1/25/2000 | James A. Tassone, US Marshal | |
| DATE OF ARREST 1/26/2000 | FOR: FBI | Fred Depompa, SDUSM |

AO 442 (Rev. 12/85) Warrant for Arrest

THE FOLLOWING IS FURNISHED FOR INFORMATION ONLY.

DEFENDANT'S NAME: __VLADAMIR SUNTSOV_____

ALIAS: _____

LAST KNOWN RESIDENCE: _____

LAST KNOWN EMPLOYMENT: _____

PLACE OF BIRTH: _____

DATE OF BIRTH: _____

SOCIAL SECURITY NUMBER: _____

HEIGHT: _____ WEIGHT: _____

SEX: _____ RACE: _____

HAIR: _____ EYES: _____

SCARS, TATTOOS, OTHER DISTINGUISHING MARKS: _____

_____

_____

FBI NUMBER: _____

COMPLETE DESCRIPTION OF AUTO: _____

_____

INVESTIGATIVE AGENCY AND ADDRESS: _____

_____

_____