## COURT MINUTES

CHIEF U. S. MAGISTRATE JUDGE **LURANA S. SNOW** - FT. LAUDERDALE, FLORIDA

DEFT: VLADAMIR SUNTSOV (J)      CASE NO: 00-6020-CR-DIMITROULEAS
AUSA: MICHAEL DITTOE — *pro*    ATTY: SAM SMARGON *pro*
AGENT: _____   VIOL: _____
PROCEEDING PTD/ARRAIGNMENT      RECOMMENDED BOND PTD

BOND HEARING HELD - yes/no      COUNSEL APPOINTED _____
       BOND SET @ 250,000 CSB w/ Nebbia

       SPECIAL CONDITIONS:

1) To be cosigned by:
2) Rpt to PTS ___ x's a wk/month by phone;  ___ x's a wk/month in person
3) Travel extended to:

Parties stipulated to high CSB w/ gov't preserving their right to a PTD hearing should deft seek to post or reduce the bond.

INS hold on deft.

(Circle One)
Interpreter Requested ✓
No Interpreter
Not Known
Russian
(Specify Language)

NEXT COURT APPEARANCE:   INQUIRY RE COUNSEL:

                          PTD/BOND HRG:           Reading of Indictment Waived
                                                  Not Guilty plea entered
                                                  Jury trial demanded
                          PRELIM/ARRAIGN:         Standing Discovery Order requested

                          REMOVAL HRG:

                          STATUS CONF:   2-17   11   BSS

Date: 2-2-00   Time 10:30   FTL/LSS TAPE #00- 006   Begin: 1846   End: 1941