UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6020-CR-DIMITROULEAS

UNITED STATES OF AMERICA

vs

VLADAMIR SUNTSOV

ARRAIGNMENT INFORMATION SHEET

The above named Defendant appeared before Magistrate Judge Lurana S. Snow on FEBRUARY 2, 2000, where the Defendant was arraigned and a plea of NOT GUILTY was entered. Defendant and counsel of record will be noticed for trial by the District Court Judge assigned to this case. The following information is current as of this date:

DEFENDANT:            Address: __CUSTODY_____

                     _____

                     Telephone: _____

DEFENSE COUNSEL:     Name: __SAM SMARGON, AFPD_____

                     Address: _____

                     _____

                     Telephone: _____

BOND SET/CONTINUED:  $_____

Bond hearing held: yes_____ no____ Bond hearing set for_____

Dated this __2ND____ day of __FEBRUARY_____, 2000.

CLARENCE MADDOX
COURT ADMINISTRATOR/CLERK OF COURT

By: _____
    Deputy Clerk

Tape No. __00-006__

cc: Copy for Judge
    U. S. Attorney