COURT MINUTES

U.S. MAGISTRATE JUDGE BARRY S. SELTZER - FORT LAUDERDALE

DEFT: Vladamir Suntsov (no deft needed) CASE NO: 00-6020-CR-Dimitrouleas
AUSA: Mike Dittoe  present          ATTNY: FPD Swargon
AGENT: _____        VIOL: _____
PROCEEDING: Status Conference        BOND REC: _____
BOND HEARING HELD - yes/no           COUNSEL APPOINTED:

FILED by _____ D.C.
FEB 17 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

BOND SET @ _____
CO-SIGNATURES: _____
SPECIAL CONDITIONS: _____

1) Do not violate any law.
2) Appear in court as directed.
3) Surrender and/or do not obtain passports/travel documents.
4) Rpt to PTS as directed /or ____ x's a week/month by phone; ____ x's a week/month in person.
5) Random urine testing by Pretrial Services. Treatment as deemed necessary.
6) Maintain or seek full-time employment.
7) Maintain or begin an educational program.
8) No contact with victims/witnesses.
9) No firearms.
10) Curfew: _____
11) Travel extended to: _____
(2) ____ Halfway House
    ____ Electronic Monitoring

Guilty plea likely
Discovery will be
out today

NEXT COURT APPEARANCE:    DATE:        TIME:         JUDGE:
INQUIRY RE COUNSEL: _____
PTD/BOND HEARING: _____
PRELIM/ARRAIGN. OR REMOVAL: _____
STATUS CONFERENCE: _____
DATE: 2-17-00    TIME: 11:00am    TAPE # 00-014    PG # 1
                 11:45am          550-623