UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6020-CR-DIMITROULEAS

UNITED STATES OF AMERICA,

VS.

VLADAMIR SUNTSOV,

          Defendant.
_____/

## STATUS REPORT

A status conference was held in this cause on February 17, 2000. At that conference, the parties informed the Court as follows:

1. The Government indicated that it will today comply with its obligations under the Standing Discovery Order. The Government anticipates that this matter will be resolved by way of a change of plea. However, should the matter proceed to trial, the Government will request a continuance to afford it the opportunity to transcribe audio tapes in Russian.

2. Defense counsel concurred with the Government's assessment.

DATED at Fort Lauderdale, Florida this 17th day of February 2000.



BARRY S. SELTZER
United States Magistrate Judge

1



Copies to:

Honorable William P. Dimitrouleas
United States District Judge

Mike Dittoe, Esquire
Assistant United States Attorney

Federal Public Defender's Office
Attorney for Defendant