UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA     )     CASE NO. 00-6020-CR-Dimitrouleas
                             )
                             )     Magistrate Judge Snow
                             )
v.                           )
                             )
                             )
    Vladamir Suntsov         )
                             )
    Defendant.               )
_____)

**GOVERNMENT'S RESPONSE TO**
**THE STANDING DISCOVERY ORDER**

The United States hereby files this response to the Standing Discovery Order. This response also complies with Local Rule 88.10 and Federal Rule of Criminal Procedure 16, and is numbered to correspond with Local Rule 88.10.

    A.    1.    The government is unaware of any written or recorded statements made by the defendant(s).

            2.    That portion of the written record containing the substance of any oral statement made by the defendant before or after arrest in response to interrogation by any person then known to the defendant to be a government agent is attached.

            3.    No defendant testified before the Grand Jury.

            4.    The NCIC record of the defendant, if any exists, will be made available upon receipt by this office.

                  The NCIC record of the defendant is attached.

            5.    Books, papers, documents, photographs, tangible objects, buildings or places which the government



intends to use as evidence at trial to prove its case in chief, or were obtained or belonging to the defendant may be inspected at a mutually convenient time at the Office of the United States Attorney. Please call the undersigned to set up a date and time that is convenient to both parties.

The attached to this discovery response are partial copies of all the books, papers, documents, etc., that the government may intend to introduce at trial. The are attached as Bate stamps number 000 through 109

6. There were no physical or mental examinations or scientific tests or experiments made in connection with this case.

B. DEMAND FOR RECIPROCAL DISCOVERY: The United States requests the disclosure and production of materials enumerated as items 1, 2 and 3 of Section B of the Standing Discovery Order. This request is also made pursuant to Rule 16(b) of the Federal Rules of Criminal Procedure.

C. The government will disclose any information or material which may be favorable on the issues of guilt or punishment within the scope of Brady v. Maryland, 373 U.S. 83 (1963), and United States v. Agurs, 427 U.S. 97 (1976) at the appropriate time. For Jencks Act materials containing exculpatory information this will be before cross-examination.

D. The government will disclose any payments, promises of immunity, leniency, preferential treatment, or other inducements made to prospective government witnesses, within the scope of Giglio v. United States, 405 U.S. 150 (1972), or Napue v. Illinois, 360 U.S. 264 (1959).

E. The government will disclose any prior convictions of any alleged co-conspirator, accomplice or informant who will testify for the government at trial.

F. Any photo spreads used in any identification will be disclosed.

G. The government has advised its agents and officers involved in this case to preserve all rough notes.

2

H.  The government will timely advise the defendant of its intent, if any, to introduce during its case in chief proof of evidence pursuant to F.R.E. 404(b). You are hereby on notice that all evidence made available to you for inspection, as well as all statements disclosed herein or in any future discovery letter, may be offered in the trial of this cause, under F.R.E. 404(b) or otherwise (including the inextricably-intertwined doctrine).

In addition, the government may introduce under Rule 404(b) evidence underlying the defendant's past criminal activity that has resulted in arrests and/or convictions and which is summarized in the attached court documents. Specifically, the United States may introduce evidence concerning other threats of force that the defendant made and the defendant's immigration status.

I.  The defendant is not an aggrieved person, as defined in Title 18, United States Code, Section 2510(11), of any electronic surveillance.

J.  The government has ordered transcribed the Grand Jury testimony of all witnesses who will testify for the government at the trial of this cause.

K.  No contraband is involved in this indictment.

L.  The government does not know of any automobile, vessel, or aircraft allegedly used in the commission of this offense that is in the government's possession.

M.  Latent fingerprints were found on certain of the checks involved in the bank fraud. No identification has yet been made. If there is an identification it will be promptly disclosed.

N.  To date, the government has not received a request for disclosure of the subject-matter of expert testimony that the government reasonably expects to offer at trial.

O.  The government will make every possible effort in good faith to stipulate to all facts or points of law the truth and existence of which is not contested and the early resolution of which will

3

expedite trial. These stipulations will be discussed at the discovery conference.

The government hereby requests that the defense stipulate to the following facts:

1. That Nations bank was insured by the FDIC and that Chase manhattan bank wsa engaged in interstate commerce.

2. The four audio recordings and the the video/audio recording enclosed herewith are authentic and may be offered without further foundation.

The government is aware of its continuing duty to disclose such newly discovered additional information required by the Standing Discovery Order, Rule 16(c) of the Federal Rules of Criminal Procedure, Brady, Giglio, Napue, and the obligation to assure a fair trial.

In addition to the request made above by the government pursuant to both Section B of the Standing Discovery Order and Rule 16(b) of the Federal Rules of Criminal Procedure, in accordance with Rule 12.1 of the Federal Rules of Criminal Procedure, the government hereby demands Notice of Alibi defense; the approximate time, date, and place of the offense was on the date and at the time and place set forth in the indictment

In addition, enclosed herewith are copies of four audio recordings and on video and audio recording of the defendant. The United States will offer these matters into evidence.

                                              Respectfully submitted,

                                              THOMAS E. SCOTT
                                              UNITED STATES ATTORNEY

By: _____
                                              MICHAEL J. DITOTE
                                              Assistant United States Attorney
                                              A5500209.
                                              500 E. Broward Blvd.
                                              Ft. Lauderdale, FL
                                              Tel: (954) 356-7255
                                              Fax: (954) 356-7230

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was delivered by courier to Samule J. Smargon, Assistant Federal Public Defender, 101 N.E. 3rd Ave, Suite 202, Ft. Lauderdale, Fl. 33301

_____
MICHAEL J. DITTOE
Assistant United States Attorney