# CRIMINAL MINUTES

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
**HONORABLE WILLIAM P. DIMITROULEAS**



FILED by ___ D.C.
MAR 0 3 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

CASE NUMBER: 00-6020-CR-WPD   DATE: March 3, 2000

COURTROOM CLERK: Karen A. Carlton    COURT REPORTER: Bob Ryckoff

PROBATION: _____   INTERPRETER: Russian

UNITED STATES OF AMERICA   vs.   Vladimir Suntsov

U.S. ATTORNEY: _____   DEFT. COUNSEL: _____

REASON FOR HEARING: Calendar Call / status conf.

RESULT OF HEARING: Case to be resolved by way of plea. Deft asks for 1 week. Time from today until trial deemed excludable.

JUDGMENT: _____

CASE CONTINUED TO: 3/17/00    TIME: 9:00    FOR: Cal. Call
MISC: 3/20/00                  9:00         trial period.

