UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

FILED by _____ D.C.
MAR 0 3 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

UNITED STATES OF AMERICA,   CASE NO. 00-6020-CR-DIMITROULEAS

    Plaintiff,

vs.

                                  **ORDER GRANTING CONTINUANCE**

VLADAMIR SUNTSOV
    Defendant.
_____/

This matter having come before the Court on defendant's March 3, 2000 Motion to Continue. After due consideration, it is

ORDERED AND ADJUDGED that this case is hereby continued to the two-week trial calendar commencing March 20, 2000 at 9:00 A.M. o'clock, or as soon thereafter as the case may be called. **Counsel and Defendant shall report to a Calendar Call** to be held on **March 17, 2000, at 9:00** A.M. o'clock; it being further

ORDERED that the period from the date of this order to the time of trial shall be deemed excludable in computing the time within which the trial of this case must commence pursuant to Title 18, U.S.C., Section 3161(h)(8)(A), this Court finds that the ends of justice served by continuing the trial outweigh the best interest of the public and the defendant(s) in a speedy trial.

DONE AND ORDERED this 3 day of March, 2000.

                                                  WILLIAM P. DIMITROULEAS
                                                United States District Court Judge
                                                Southern District of Florida

cc:   Michael Dittoe, AUSA
       Samuel Smargon, AFPD

