### CRIMINAL MINUTES

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
**HONORABLE WILLIAM P. DIMITROULEAS**

FILED by ___ D.C.
MAR 17 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

CASE NUMBER: 00-6020-CR-WPD   DATE: March 17, 2000

COURTROOM CLERK: Karen A. Carlton     COURT REPORTER: Bob Ryckoff

PROBATION: _____     INTERPRETER: Russian

UNITED STATES OF AMERICA   vs.   Vladamir Sinton

U.S. ATTORNEY: Michael Dittoe     DEFT. COUNSEL: Sam Smargon

REASON FOR HEARING: Calendar Call / Status Conference

RESULT OF HEARING: Deft's motion to continue granted. Case to be reset. Any time from today until trial is deemed excludable.

JUDGMENT: _____

CASE CONTINUED TO: 3/24/00   TIME: 9:00   FOR: Cal. Call
MISC: 3/27/00                9:00         trial period

