# CRIMINAL MINUTES

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
HONORABLE WILLIAM P. DIMITROULEAS


FILED by _____ D.C.
MAR 24 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

CASE NUMBER: 00-6020-CR-WPD      DATE: March 24, 2000

COURTROOM CLERK: Karen A. Carlton      COURT REPORTER: ~~Bob Ryckoff~~ Carl Schanzleh

PROBATION: _____      INTERPRETER: Russian

UNITED STATES OF AMERICA vs. Vladimir Sunstov

U.S. ATTORNEY: Michael Dutoe      DEFT. COUNSEL: Sam Smargon APFD

REASON FOR HEARING: Change of plea

RESULT OF HEARING: Deft sworn and questioned by the Court. Deft to enter guilty plea to Count 4. Court accepts guilty plea. Counts 1, 2, 3 and 5 to be dismissed at sentencing.

JUDGMENT: _____

CASE CONTINUED TO: 6/2/00      TIME: 11:00      FOR: Sentencing

MISC: Written plea agreement filed.

