UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO. 00-6020-CR-DIMITROULEAS

CHIEF MAGISTRATE JUDGE SNOW

UNITED STATES OF AMERICA,    :

    Plaintiff,    :

v.    :

VLADIMIR SUNTSOV,    :

    Defendant.    :
_____/



FILED by _____ D.C.

MAY 25 2000

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

## MOTION TO CONTINUE SENTENCE AND EXTEND THE TIME TO FILE OBJECTIONS

Vladimir Suntsov ("Suntsov"), by counsel hereby files this Motion to Continue Sentence and Extend Time to file Objections for the following reasons:

1. On March 24, 2000, Suntsov pled guilty to conspiracy to affect interstate commerce. His sentence date is June 2, 2000.

2. On May 1, 2000, undersigned attorney received the Presentence Investigation Report ("PSI"). Objections were due May 12, 2000.

3. On May 9, 2000, undersigned conferred with Suntsov (with a Russian interpreter) concerning matters within the PSI. Suntsov had objections to some of the information and we decided that Suntsov would write out his objections, in the Russian language. (The coordination between FDC, a Russian interpreter, and the schedule of undersigned makes meetings between attorney and client "difficult").



4.  On May 16, 2000, Suntsov was not in FDC because he was mistakenly taken to court. It was the intention of undersigned attorney to obtain the written objections from Suntsov at that time.

5.  On May 23, 2000, undersigned attorney did receive the written objections from Suntsov. They have been given to an interpreter to interpret for purposes of the sentencing hearing.

6.  Assistant United States Attorney Michael Ditto, the prosecutor in charge of this case, is out of town until May 30, 2000. His position regarding this request for continuance is unknown.

WHEREFORE, Vladimir Suntsov hereby requests that his sentence date be continued and the date objections are due be extended so that the document can be interpreted and utilized by his attorney at the sentencing hearing. It is anticipated the document will be interpreted by May 30, 2000. Suntsov requests the sentencing be continued to the week of June 26, 2000.

Respectfully submitted,

KATHLEEN M. WILLIAMS
FEDERAL PUBLIC DEFENDER

By: _____

Samuel J. Smargon
Assistant Federal Public Defender
Florida Bar No. 150230
101 N.E. 3rd Avenue
Suite 202
Fort Lauderdale, Florida 33301
(954) 356-7436
(954) 356-7556 (fax)

2

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was mailed on this 25 day of May, 2000 to Michael Dittoe, Esquire, United States Attorney's Office, 299 E. Broward Blvd., Fort Lauderdale, Florida 33301.

Samuel J. Smargon

S. SMARGON Sunisov Continue 01