UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO. 00-6020-CR-DIMITROULEAS

CHIEF MAGISTRATE JUDGE SNOW

UNITED STATES OF AMERICA, :

   Plaintiff, :

vs. :

VLADIMIR SUNTSOV, :

   Defendant. :
_____/

MAY 26

## ORDER GRANTING AGREED MOTION TO CONTINUE SENTENCE AND EXTEND THE TIME TO FILE OBJECTIONS

THIS CAUSE having come before the Court on Defendant's Motion to Continue Sentence and Extend the Time to File Objections and the Court having been fully advised, it is hereby

ORDERED AND ADJUDGED that the defendant's motion to continue sentencing and extend the time to file objections is hereby GRANTED. The defendant's objections are due June 9, 2000 and the sentencing is rescheduled to June 30, 2000 AT 11:30AM

DONE AND ORDERED at Fort Lauderdale, Florida, this 26 day of MAY, 2000.

WILLIAM P. DIMITROULEAS
UNITED STATES DISTRICT JUDGE

cc:  Samuel J. Smargon, AFPD
     Michael Dittoe, AUSA
     Edward Cooley, USPO
     COURT INTERPRETER