UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO. 00-6020-CR-DIMITROULEAS

CHIEF MAGISTRATE JUDGE SNOW

UNITED STATES OF AMERICA, :

    Plaintiff, :

v. :

VLADIMIR SUNTSOV, :

    Defendant. :
_____/



## AGREED MOTION TO CHANGE SENTENCE DATE

Vladimir Suntsov ("Suntsov"), by counsel, hereby files this Agreed Motion to Change Sentence Date for the following reasons:

1. On May 30, 2000, this court granted Suntsov's request for a continuance of his sentence date from June 2, 2000, to June 30, 2000.

2. This court set that date because Suntsov's attorney, Samuel J. Smargon ("Smargon") stated in his pleadings that he would be on vacation from July 1, 2000-July 14, 2000.

3. Smargon's vacation plans slightly changed and are now planned from June 29-July 12, 2000.

4. Assistant United States Attorney Michael Ditto ("Ditto"), the prosecutor in charge of this case, agrees to the request for a change in the sentencing date.



5. Additionally, Ditto's schedule is such that he requests that the sentencing be on or after July 17, 2000. He will be out of town, on government business June 26-30, and July 12-14. Also, Ditto expects that by July 17, 2000, he will be able to file a § 5k.1.1 motion for substantial assistance. Suntsov has no objection to the sentencing being set on or after July 17, 2000.

WHEREFORE, Vladimir Suntsov hereby requests that his sentence date be changed to June 26-28, 2000 (the only conflicts those three days are a 4:30 p.m. sentence in West Palm Beach, Florida, on June 26, 2000, and a 9:30 a.m. sentence in Ft. Lauderdale, Florida, on June 27, 2000), or after July 12, 2000. Assistant United States Attorney Ditto requests the sentencing be set on or after July 17, 2000.

Respectfully submitted,

KATHLEEN M. WILLIAMS
FEDERAL PUBLIC DEFENDER

By: _____
Samuel J. Smargon
Assistant Federal Public Defender
Florida Bar No. 150230
101 N.E. 3rd Avenue
Suite 202
Fort Lauderdale, Florida 33301
(954) 356-7436
(954) 356-7556 (fax)

2

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was mailed on this 3/ day of May, 2000 to Michael Dittoe, Esquire, United States Attorney's Office, 299 E. Broward Blvd., Fort Lauderdale, Florida 33301.

Samuel J. Smargon

S:\SMARGON\Suntsov\continue.2.wpd

3