UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO. 00-6020-CR-DIMITROULEAS

CHIEF MAGISTRATE JUDGE SNOW

UNITED STATES OF AMERICA, :

    Plaintiff, :

vs. :

VLADIMIR SUNTSOV, :

    Defendant. :
_____/



### ORDER GRANTING AGREED MOTION TO CHANGE SENTENCE DATE

THIS CAUSE having come before the Court on Defendant's Motion to Change Sentence Date and the Court having been fully advised, it is hereby

ORDERED AND ADJUDGED that the defendant's motion to change sentence date is hereby GRANTED. The defendant's sentencing is rescheduled to July 19, 2000 at 8:45 AM

DONE AND ORDERED at Fort Lauderdale, Florida, this _1_ day of June, 2000.

WILLIAM P. DIMITROULEAS
UNITED STATES DISTRICT JUDGE

cc:  Samuel J. Smargon, AFPD
     Michael Dittoe, AUSA
     Edward Cooley, USPO