UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO. 00-6020-CR-DIMITROULEAS

MAGISTRATE JUDGE SNOW

UNITED STATES OF AMERICA,    :

     Plaintiff,    :

v.    :

VLADIMIR SUNTSOV,    :

     Defendant.    :
_____/



## OBJECTION TO THE PRESENTENCE INVESTIGATION REPORT

Vladimir Suntsov ("Suntsov"), by counsel, hereby files this objection to the Presentence Investigation Report ("P.S.I.") for the following reasons:

In the "Offense Conduct" of the P.S.I., paragraph 11, it is reported that "...Suntsov showed up at his residence with a baseball bat. ... Suntsov showed Sinkle the baseball bat and told him that if he went to the police, 'blood would be all over him'".

Suntsov denies the allegations in the above paragraph.

In paragraph 21 of the P.S.I., and as a result of the alleged baseball bat and threat, Suntsov received 3 points towards the calculation of the Guideline Range, pursuant to § 2B3.2(b)(3)(A)(v).



WHEREFORE. Vladimir Suntsov hereby requests that he not receive the extra 3 points. If

this court agrees, Suntsov's Guideline Range would be 18. Criminal History I; 27-33 months.

Respectfully submitted.

KATHLEEN M. WILLIAMS
FEDERAL PUBLIC DEFENDER

By:

Samuel J. Smargon
Assistant Federal Public Defender
Florida Bar No. 150230
101 N.E. 3rd Avenue
Suite 202
Fort Lauderdale, Florida 33301
(954) 356-7436
(954) 356-7556 (fax)

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was mailed on this

$27$ day of June. 2000 to Michael Dittoe, Esquire, United States Attorney's Office, 299 E.

Broward Blvd.. Fort Lauderdale, Florida 33301 and to Edward L. Cooley, United States Probation

Office. 299 E. Broward Blvd.. Room 409, Fort Lauderdale, Florida 33301.

Samuel J. Smargon

S \SMARGON\Suntsov\depart 01

2