**CRIMINAL MINUTES**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
**HONORABLE WILLIAM P. DIMITROULEAS**

CASE NUMBER: 00-6020-CR-WPD  DATE: 7/19/00

COURTROOM CLERK: Deloris McIntosh   COURT REPORTER: ~~Bob Ryckoff~~ Anita LaRocca

PROBATION: Edward Cooley   INTERPRETER: _____

UNITED STATES OF AMERICA   VS.   Vladamir Suntsov (J)

U.S. ATTORNEY: Michael Dittoe   DEFT. COUNSEL: Samuel Smargon

REASON FOR HEARING: Sentencing

RESULT OF HEARING: 27 months BOP as to Count 4
3 yrs Supervised Release, $100 special assessment

JUDGMENT: _____

CASE CONTINUED TO: _____   TIME: _____   FOR: _____

MISC: _____